662

Nos. 471 and 472. BLUMENTHAL *v.* COMMISSIONER OF INTERNAL REVENUE. December 5, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George M. Morris* and *Frederick L. Pearce* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *A. H. Conner* for respondent.

No. 474. EASTERN TRANSPORTATION Co. *v.* NORTHERN BARGE CORP. ET AL. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Anthony V. Lynch, Jr.,* for petitioner. *Messrs. E. Curtis Rouse, John W. Oast, Jr.,* and *Albert T. Gould* for respondents.

No. 484. FRICKE, ADMINISTRATOR, *v.* GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., LTD. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Halbert H. McCluer* for petitioner. *Messrs. Thomas Hackney* and *Leslie A. Welch* for respondent.

No. 488. WEBBER ET AL. *v.* NEW YORK LIFE INSURANCE Co. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Julius I. Peyser* for petitioners. *Mr. F. H. Nash* for respondent.

No. 491. HARE & CHASE, INC., *v.* NATIONAL SURETY Co. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.